UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| DEBRA A. BRYANT, | : | |
| | : | 07 Civ. 7794 (PKC)(JCF) |
| Plaintiff, | : | |
| | : | **AFFIRMATION OF SERVICE** |
| -against- | : | |
| | : | |
| NEW YORK STATE PSYCHIATRIC INSTITUTE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------X

JOANNE SKOLNICK, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on January 18, 2008, I caused a copy of Defendant's Answer to be served upon:

> Debra Bryant, pro se
> 524 West 159th Street, #3D
> New York, NY 10032

in the within-entitled proceeding, for overnight delivery, by depositing a true and correct copy thereof, properly enclosed in a postage prepaid wrapper, in an official depository regularly maintained by Federal Express at 120 Broadway, New York, NY 10271, directed to said person at the address within the State designated by her for that purpose.

/s/_____
JOANNE SKOLNICK

Dated: New York, New York
       January 18, 2008