UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DEBRA A. BRYANT,

              Plaintiff,

        -against-

NEW YORK STATE PSYCHIATRIC INSTITUTE,

              Defendant.
-------------------------------------------------------X

07 Civ. 7794 (PKC)(JCF)

**AFFIRMATION OF SERVICE**

      JOANNE SKOLNICK, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

      That on January 18, 2008, I caused a copy of Defendant's Answer to be served upon:

> Debra Bryant, pro se
> 524 West 159th Street, #3D
> New York, NY 10032

in the within-entitled proceeding, by depositing a true and correct copy thereof, properly enclosed in a postage prepaid wrapper, in an official depository regularly maintained by the United States Postal Service at 120 Broadway, New York, NY 10271, directed to said person at the address within the State designated by her for that purpose.

                                      /s/_____
                                      JOANNE SKOLNICK

Dated: New York, New York
          January 18, 2008