```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
DEBRA A. BRYANT,                      : 07 Civ. 7794 (PKC) (JCF)
                                      :
              Plaintiff,              :        O R D E R
                                      :
     - against -                      :
                                      :
NEW YORK STATE PSYCHIATRIC INST.,     :
                                      :
              Defendant.              :
- - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on March 12, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by August 29, 2008.

2. The pretrial order shall be submitted by September 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*(signed)* James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 12, 2008

Copies mailed this date:

Debra A. Bryant
524 West 159th Street, # 3D
New York, New York 10032

Joanne Skolnick, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```