UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
DEBRA A. BRYANT,                     : 07 Civ. 7794 (PKC) (JCF)
                                     :
            Plaintiff,               :   MEMORANDUM
                                     :   AND   ORDER
    - against -                      :
                                     :
NEW YORK STATE PSYCHIATRIC INST.,    :
                                     :
            Defendant.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Debra A. Bryant, the pro se plaintiff in this case, has applied for appointment of counsel. (Docket no. 9). The threshold consideration in ruling on such an application is a showing of some likelihood of merit. Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Based on discussions at today's pretrial conference, the plaintiff does not appear to meet this standard. Accordingly, her application is denied without prejudice to renewal at such time as she can proffer some evidence corroborating her claims, particularly with respect to damages.

                  SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 12, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

Copies mailed this date:

Debra A. Bryant
524 West 159th Street, # 3D
New York, New York 10032

Joanne Skolnick, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271