UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
DEBRA A. BRYANT,                      :  07 Civ. 7794 (PKC) (JCF)
                                      :
              Plaintiff,              :  O R D E R
                                      :
     - against -                      :
                                      :
NEW YORK STATE PSYCHIATRIC INST.,     :
                                      :
              Defendant.              :
- - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

The Court having issued a Memorandum and Order dated March 12, 2008 denying without prejudice plaintiff's application for appointment of counsel, and plaintiff having submitted a new application on April 25, 2008, and the standards for appointment of counsel still not having been met, it is hereby ORDERED that plaintiff's application is denied for the reasons previously stated.

SO ORDERED.

                          JAMES C. FRANCIS IV
                          UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          May 28, 2008

Copies mailed this date:

Debra A. Bryant
524 West 159th Street, # 3D
New York, New York 10032

Joanne Skolnick, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271